October 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CITIGROUP GLOBAL MARKETS REALTY CORP., Appellant

NO. 14-11-00900-CV                                  V.

STEWART TITLE GUARANTY COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Stewart Title Guaranty Company, signed June 30, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Citigroup Global Markets Realty Corp., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.